# EXHIBIT 2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALEIA TOUSIS, as Special Administrator of the Estate of GUS TOUSIS, <br><br> Plaintiff, <br><br> v. <br><br> SPECIAL AGENT KEITH BILLIOT, <br><br> Defendant. | No. 20 C 3012 <br><br> Judge Coleman <br><br> Magistrate Judge Cox |

**COVER LETTER**

    Exhibit 2 are photos of the windshield of Plaintiff Gus Tousis's vehicle taken after the incident occurred on June 2, 2018.





DEA_0398