# EXHIBIT 4

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEIA TOUSIS, as Special Administrator of the Estate of GUS TOUSIS, | ) ) ) | |
| Plaintiff, | ) ) | No. 20 C 3012 |
| v. | ) ) | Judge Coleman |
| SPECIAL AGENT KEITH BILLIOT, | ) ) ) | Magistrate Judge Cox |
| Defendant. | ) | |

**COVER LETTER**

  Exhibit 4 is an article about the incident written by John Kellman and published in the Chicago Tribune.

▷ AdChoices

# Family of man killed by DEA agent in Chicago s official story doesn't add up

John Keilman   44 mins ago


(c) Family photo

Five months after a U.S. Drug Enforcement Administration agent shot and killed an alleged cocaine dealer, the man's family is still seeking answers about how and why it happened.

The agency released a 184-word statement hours after Gus Tousis, a 43-year-old from Hanover Park, was killed on Chicago's West Side, but it has since remained silent.


© Stacey Wescott/Chicago Tribune

© 2018 Microsoft

Privacy & Cookies   Terms of use

1 of 8

12/3/2018, 8:03 AM

DEA_0243

DEA officials have denied the Tribune's request for more information, saying its release would interfere with an investigation, reveal confidential techniques, violate an unnamed person's privacy and threaten an unnamed person's safety.



SPONSORED FINANCIAL CONTENT

See How Some Retirees Use Options Trading As A Safe Way To Earn Income
TradeWins

The Government May Pay Off Your Mortgage If You Were Born Before 1985
things.news

what's this?

Tousis' family members say they have been similarly rebuffed. But they contend the official story, brief as it is, doesn't make sense.

The DEA's statement says Tousis was spotted exchanging packages at "a multiple-kilogram cocaine distribution point" and that he fled when police tried to stop him. When police attempted a second traffic stop, the statement says, Tousis struck and injured an agent with his car.

"In fear for his life, the Agent discharged his weapon, striking the individual," the statement says.

But Tousis' family said when they retrieved his Ford Explorer from an impound lot, there was no damage to its front bumper or any other indication it had hit someone.

What's more, they said, Tousis was not a violent person. His criminal record in Cook and DuPage counties consists mostly of drug, theft and traffic offenses, though he had a few battery and assault charges in the 1990s and early 2000s.

"Gus wouldn't be so stupid as to hit a cop," said his brother, George Tousis. "I know this for a fact. He wouldn't harm a fly."

Tousis' family said that severe diabetes limited his ability to work and that he had only recently gotten into drug dealing to try to make ends meet. On June 2, they said, he went to someone's house near Aurora to buy cocaine, unaware that law enforcement was watching.

They know this, they said, because Tousis called his brother as he drove away, telling him the police were following.

"As soon as he got onto the I-88 expressway going towards Chicago, he said the state troopers put the lights on him," George Tousis said. "He had 9 ounces (of cocaine) in the trunk."

The Illinois State Police said they had no documents indicating that troopers were involved in the pursuit. Aurora police and the Kane County sheriff's office said they did not participate either.

Gus Tousis apparently was able to evade whoever was following him - "He hit the gas," his

© 2018 Microsoft    Privacy & Cookies    Terms of use    ...

brother said - and made it all the way to Interstate 290's Central Avenue exit in Chicago, about 30 miles from where the chase allegedly began. He called his brother again, saying he thought he was in the clear.

What happened next is still cloaked in mystery. Chicago police were on the scene but would not release documents on the case, saying it was still under investigation. A detective's account, however, is contained in a case report from the Cook County medical examiner's office.

The detective said a DEA agent, who has not been named, had been following Tousis' Explorer and tried to stop it by cutting in front as it traveled north on Central.

"The DEA agent exited his vehicle and apparently got in front of Tousis' vehicle as Tousis attempted to back up into civilian traffic in an attempt to flee," the report says. "Tousis then drove forward and struck the DEA agent.

"Again Tousis went in reverse and when he put his vehicle into 'drive' to pull forward again, the DEA agent shot one round from a carbine rifle into the windshield of Tousis' vehicle."

The bullet shattered when it went through the windshield, and the fragments hit Tousis in his head, chest and neck, passing through his carotid artery and jugular vein, according to his autopsy.

The Explorer came to rest in the grass on the side of the road. A passing Illinois Department of Transportation worker used a sledgehammer to smash in the driver's side window so Tousis could be removed, and police gave him first aid until paramedics arrived, the report says. He was later pronounced dead at Loyola University Medical Center in Maywood.

READ MORE: DEA agent kills suspect during cocaine bust, agency says »

The DEA's use-of-force policy allows an agent to fire at the driver of a moving vehicle if the agent believes the vehicle "poses an imminent danger of death or serious physical injury to the officer or to another person."

Other agencies, such as the Chicago Police Department, are more restrictive. While Chicago's policy allows officers to fire into moving vehicles to prevent death or great bodily harm, it adds that officers should not put themselves in the path of a moving vehicle and must try to get out of the way.

Chuck Wexler of the Police Executive Research Forum, an organization that aims to improve policing techniques, says such policies are meant to protect the officer as well as the suspect.

"What you're doing is risking your life," he said. "You stand in front of the car, he guns it, you could get killed. Why would you do that? The whole idea is you don't want to put yourself in a

© 2018 Microsoft			Privacy & Cookies   Terms of use   ...

position where you have no choice but to use deadly force."

Tousis' shooting was reminiscent of another incident in January, in which DEA agents attempted to arrest a suspected crystal meth dealer named Miguel Angel Corrales in Bakersfield, Calif., while he was behind the wheel of his SUV.

According to court documents, Corrales "drove his vehicle in the direction of one of the agents," prompting the agent to shoot Corrales in the chest. Corrales survived and was charged with possession with intent to distribute methamphetamine.

Though Tousis' family believes the lack of dents or scratches on the Explorer casts doubt on the official version of the incident, Martin Gordon, president of the National Academy of Forensic Engineers and an accident reconstruction expert, said a vehicle that strikes a person will "not necessarily" show signs of damage.

Gordon, who emphasized that he was speaking generally and not about Tousis' case, said visible damage can depend on what part of the car hits a person, whether the person was able to move upon impact and how fast the car was going, among other factors.

Tousis' family is seeking any dashcam or body camera video that could definitively establish what happened. His mother, Vicky Bozionelos, said she would understand the shooting if her son indeed threatened the agent's life - but she wants proof.

"I would like to see the video of how my son got killed," she said. "I mean, if he hit somebody (it could be justifiable). If he didn't, why did they shoot him? I didn't mind if they caught him and arrested him. It was wrong, what he was doing. But they should not kill him like that."

jkeilman@chicagotribune.com

Twitter @JohnKeilman

Ad  TOPICS FOR YOU

© 2018 Microsoft

Privacy & Cookies    Terms of use    ...