# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALEIA TOUSIS, as Special Administrator of the Estate of GUS TOUSIS, | ) ) ) | |
| Plaintiff, | ) ) | No. 20 C 3012 |
| v. | ) ) ) | Judge Coleman |
| SPECIAL AGENT KEITH BILLIOT, | ) ) | Magistrate Judge Cox |
| Defendant. | ) ) | |

**<u>COVER LETTER</u>**

Exhibit 5 is the deposition transcript of Special Administrator of the Estate of Gus Tousis, Aleia Tousis, taken on October 8, 2021.

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


ALEIA TOUSIS, as Special            )

Administrator of the Estate of      )

GUS TOUSIS,                          )

         Plaintiff,                  )

      -vs-                           ) No. 20 C 4945

SPECIAL AGENT KEITH BILLIOT,         )

         Defendant.                  )


      The videoconference deposition of

ALEIA TOUSIS, called for examination pursuant to

the Rules of Civil Procedure for the United States

District Courts pertaining to the taking of

depositions, taken before Raelene Stamm, a

Certified Shorthand Reporter licensed by the State

of Illinois, on the 28th day of October, 2021, at

the hour of 2:30 p.m.



Reported by:  RAELENE STAMM, CSR

License No.:  084-004445

Tousis Aleia
October 28, 2021

2

```
1        APPEARANCES:
2
3        GREGORY E. KULIS AND ASSOCIATES, LTD.
4        BY:  MR. VINCENZO CAPORALE
5             (via video)
6        30 North LaSalle Street
7        Suite 2140
8        Chicago, Illinois  60602
9        (312) 580-1830
10       vcaporale@kulislawltd.com
11            On behalf of the Plaintiff;
12
13       ASSISTANT UNITED STATES ATTORNEY
14       BY:  MR. ALEX HARTZLER
15            (via video)
16       219 South Dearborn Street
17       Chicago, Illinois  60604
18       (312) 886-1390
19       alex.hartzler@usdoj.gov
20            On behalf of the Defendant.
21
22
23
24
```

4

```
1      COURT REPORTER:  We are on the record.
2          This deposition is being taken by means of
3    Zoom video conference.
4          The attorneys participating in this
5    deposition acknowledge that I am not physically
6    present in the deposition, and the oath will be
7    administered remotely.
8          The parties and their counsel consent to
9    this arrangement and waive any objections to this
10   manner of reporting.
11         Will all counsel present please state your
12   name, who you represent and indicate your agreement
13   on the record?
14     MR. CAPORALE:  Mr. Vince Caporale and I do
15   consent to the recording, yes.  Correct.
16     MR. HARTZLER:  Alex Hartzler for the defendant,
17   agreed.
18              (WHEREUPON, the witness was
19              duly sworn.)
20
21
22
23
24
```

3

```
1                I N D E X
2    WITNESS                        EXAMINATION
3    ALEIA TOUSIS
4      By Mr. Hartzler                 5
5      By Mr.                         39
6
7
8
9
10
11          E X H I B I T S
12   NUMBER                        IDENTIFICATION
13
14          (No exhibits marked.)
15
16
17
18
19
20
21
22
23
24
```

5

```
1          ALEIA TOUSIS,
2    called as a witness herein, having been first duly
3    sworn, was examined and testified as follows:
4              EXAMINATION
5    BY MR. HARTZLER:
6      Q.  Miss Tousis, could you state your name and
7    spell your name for the record?
8      A.  Aleia Tousis, A-l-e-i-a, T-o-u-s-i-s.
9      Q.  My name is Alex, and I'll be the lawyer
10   taking your deposition this afternoon.  Have you
11   ever had your deposition taken before?
12     A.  No.
13     Q.  Okay.  So testifying in a deposition is
14   like testifying in a courtroom insofar as you've
15   taken an oath to tell the truth under penalty of
16   perjury, and the main difference is there's no
17   judge here listening to us like there would be in a
18   courtroom.  Do you understand that?
19     A.  Uh-huh.
20     Q.  You kind of said uh-huh there which I
21   think meant yes.  We should be careful because that
22   happens a lot in depositions, and it's important to
23   say yes or no if the answer is yes or no because
24   the court reporter who's writing all this down can
```

Tousis Aleia
October 28, 2021

6

1  have trouble if it's like uh-huh or uh-uh.
2      Does that make sense?
3      A.  Yes.
4      Q.  Great.  The purpose of this deposition is
5  because if there's ever a trial, it's very hard for
6  lawyers to prepare for the trial if we don't know
7  what the various possible witnesses are gonna say;
8  and so that's why we do these depositions, to find
9  out.  I expect if we had a trial in this case your
10  lawyer probably put you on the stand, and you
11  would testify.  So my goal here today is just to
12  find out what you would say in that case.  That's
13  really the main purpose.  Does that make sense?
14      A.  Yes.
15      Q.  This is not gonna be a marathon session,
16  and the fact that we're starting at 2:30 in the
17  afternoon hopefully is some indication of that.
18  But if you ever want to talk a break at any point,
19  please just let me know, and we can do that.  But
20  one thing I would ask is that if I've asked you a
21  question, if you could answer the question before
22  the break.  Does that sound fair?
23      A.  Yes.
24      Q.  We talked about the importance of

7

1  answering yes or no if the answer is yes or no as
2  opposed to nodding the head or saying uh-huh or
3  uh-uh.  On Zoom sometimes there's like an audio
4  delay, and we end up talking over each other.  It's
5  important to try not to do that cause that again
6  makes it hard for the court reporter to write down
7  what we're saying.  So I will make an effort to try
8  to be sure that you're finished with your answer
9  before I ask another question.  And, likewise,
10  could you try to make sure I'm finished asking the
11  full question before you give an answer?
12      A.  Yes.
13      Q.  Okay.  Where are you currently right now?
14      A.  At my home.
15      Q.  And is that in Bartlett?
16      A.  No.  I just moved to Streamwood.
17      Q.  Can you spell that?
18      A.  S --
19      Q.  Oh, Streamwood?
20      A.  Yes.
21      Q.  Okay.  I thought you said Charmont.
22      So is anyone else at home right now?
23      A.  No.
24      Q.  Can you let us know if anyone comes home

8

1  while you're doing this deposition?
2      A.  Yes.
3      Q.  Okay.  And because we're doing this by
4  video which we've been doing over the last year and
5  a half at this point, the Zoom video depositions
6  have gone very well from my perspective; but it's a
7  little harder to tell what the witness is doing
8  cause you can't see the whole witness, and so I
9  just want to let you know that you shouldn't be
10  communicating with anyone outside of the Zoom
11  platform during this deposition.  So that would
12  include no emailing or texting anyone.
13      Does that sound fair?
14      A.  Yes.
15      Q.  Okay.  Are you currently under the
16  influence of alcohol or any drug that might make it
17  difficult to understand my questions and answer
18  them truthfully today?
19      A.  No.
20      Q.  Besides this case have you ever been
21  involved in any other lawsuits in any way?
22      A.  No.
23      Q.  What year were you born?
24      A.  1999.

9

1      Q.  And what's your current age?
2      A.  22.
3      Q.  What year did you graduate from high
4  school?
5      A.  2017.
6      Q.  What high school was that?
7      A.  Bartlett High School.
8      Q.  And I saw you pursued a certificate in
9  cosmetology after high school; is that right?
10      A.  Yes.
11      Q.  What year did you receive that, and what
12  was the name of the institution?
13      A.  20 -- oh, my gosh, 2020 and Pivot Point
14  Academy.
15      Q.  Where is that?
16      A.  Bloomingdale, Illinois.
17      Q.  And have you had any other educational
18  pursuits other than the cosmetology certificate
19  since high school graduation?
20      A.  No.
21      Q.  Could you talk me through your work
22  history since 2016?
23      A.  Since 2016, let's see, I was working at
24  Jasper's cafe in Glenview, and then that was right

3 (Pages 6 to 9)

Tousis Aleia
October 28, 2021

10

1  when my father passed.  I don't remember before.
2  After I was working at Jimmy's Charhouse in Elgin
3  while I was at school.  And then I was nannying for
4  a bit, and now I'm at Studio Styl Company in
5  Palatine.
6      Q.  Is Studio Styl a salon?
7      A.  Yes.
8      Q.  Do you -- how many hours do you work
9  there?
10     A.  It varies because I just had surgery, so
11 right now it's between like 20, 30 hours.  It just
12 really depends.
13     Q.  Has it ever been 40 hours a week or does
14 it usually fall in the 20 to 30 range?
15     A.  It usually falls between 20 and 30.  I
16 work four days a week.
17     Q.  And when did you start working at
18 Studio Styl?
19     A.  I started working in May of 2021.
20     Q.  And you said you were working at Jimmy's
21 Charhouse while you were at school.  That's
22 referring to Pivot Point?
23     A.  Yes.
24     Q.  Okay.  So it sounds like you were taking

11

1  some classes in person or doing some in-person
2  training with Pivot Point; is that right?
3      A.  Yes.
4      Q.  What period of time were you at Pivot
5  Point?
6      A.  Monday through -- Tuesday through
7  Saturday, 8:35 to 4:45.
8      Q.  I meant to ask when -- so you graduated
9  2020.  When did you start at Pivot Point?
10     A.  2019.
11     Q.  Was it a one-year program?
12     A.  Yes, 11 months.
13     Q.  Okay.  When you were working -- did you
14 work at Mapleberry Pancake House before Jasper's?
15     A.  I did.
16     Q.  Was that -- were you in high school at the
17 time?
18     A.  Yes.
19     Q.  Did you also work at the place called
20 Swerve Salon?
21     A.  I did, yes.
22     Q.  Where was that?
23     A.  At their shop in Chicago.
24     Q.  And what period of time did you work there

12

1  just approximately?
2      A.  Actually I worked there June of, I'm sorry
3  about the years, 2019 to 2020, I believe.  I'm
4  sorry.  I really don't remember.
5      Q.  Were you working at Swerve before you
6  started at the Pivot Point Academy?
7      A.  I was at Pivot Point Academy while I was
8  at Swerve, and then I ended up leaving in, sorry,
9  September of last year.
10     Q.  Are you still nannying or has that stopped
11 since you started working at Styl?
12     A.  That stopped.
13     Q.  Okay.  Are you married?
14     A.  No.
15     Q.  Do you have a domestic partner?
16     A.  Yes.
17     Q.  Is that a -- you don't need to tell me
18 that person's name, but do they live with you?
19     A.  Yes.
20     Q.  How long have you been in a relationship
21 with that person?
22     A.  Almost a year.
23     Q.  Did you move in together in the new house?
24     A.  Yes.

13

1      Q.  Do you have any children?
2      A.  No.
3      Q.  You're the daughter of Gus Tousis?
4      A.  Yes.
5      Q.  And do you know what year he was born?
6      A.  1974.
7      Q.  Okay.  Do you know how far he went in
8  school?
9      A.  I believe high school.  I'm not sure.
10     Q.  Do you know what high school he went to?
11     A.  Elgin High School.
12     Q.  Do you know what year he graduated?
13     A.  No.
14     Q.  Okay.  Do you know if he had any medical
15 conditions in the later years of his life?
16     A.  Diabetes.
17     Q.  I'm not a medical expert.  I have a sense
18 there's a couple different types of diabetes.
19         Do you know what type it was?
20     A.  No.
21     Q.  Do you know when he was diagnosed with
22 diabetes?
23     A.  He had it for a long time.  He didn't
24 know.  I believe in 2016, I'm not sure the exact

4 (Pages 10 to 13)

Tousis Aleia
October 28, 2021

14

1    date, but he was in an induced coma because of it.
2        Q.  I saw something that your lawyer provided
3    that gave 2017 as the year where he went into a
4    coma.  Does that sound right?
5        A.  Okay.  Yes, yes.  2017, I apologize.
6        Q.  Was it at that time that he learned that
7    he had diabetes?
8        A.  I believe so, yes.
9        Q.  Okay.  But he had had it for a long time
10   is your understanding?
11       A.  Yes.
12       Q.  And he was in the hospital for a month
13   with the coma; is that right?
14       A.  Yes.
15       Q.  Do you remember when it was in 2017?  Like
16   what time of year?
17       A.  No, I don't know.
18       Q.  Do you know what he did for work over the
19   years?
20       A.  No.
21       Q.  I saw something from your lawyer that he
22   after high school worked in a mechanic shop.  Does
23   that sound familiar to you?
24       A.  I don't recall.

15

1        Q.  Okay.  And then what -- do you know if he
2    was working as a painter doing rehabs in homes at
3    any point prior to 2017?
4        A.  He did work for Certapro, I believe, on
5    the side of that, but I don't know how long.
6        Q.  Can you spell Certapro?
7        A.  C-e-r-t-a-p-r-o.
8        Q.  When you say on the side, that suggests on
9    the side of something else.  What was the other
10   thing?
11       A.  Just rehabbing and painting on the side.
12       Q.  Oh, okay.  What is Certapro?
13       A.  I believe it's a painting business.
14       Q.  So he was doing -- to your understanding,
15   he was doing painting, rehabbing, and some of that
16   was for Certapro?
17       A.  Yes.
18       Q.  And I saw that after the 2017 illness he
19   stopped doing that work as far as you know?
20       A.  Yes.
21       Q.  Okay.  Do you know -- do you have any
22   siblings?
23       A.  No.
24       Q.  Do you know how much money he earned from

16

1    the painting work or the rehab work?
2        A.  No.
3        Q.  Did he become a stay-at-home father in the
4    wake of the illness?
5        A.  Yes.
6        Q.  And was that -- would that be a
7    stay-at-home father to you or to someone else?
8        A.  To me.
9        Q.  Do you know whether he expected to return
10   to work at any point?
11       A.  No, I don't know.
12       Q.  Did you have any opinion whether he was
13   gonna be able to return to work in the wake of the
14   2017 illness?
15       A.  No.
16       Q.  Again, I was provided by your lawyer some
17   information about various places you've lived over
18   the years and who you were living with, and I
19   really just want to ask you what periods of time
20   those places were.  And it doesn't -- you don't
21   need to be exact, but just to the best of your
22   memory let me know.  If you could tell me the year,
23   great.  If you can tell me that you know it was,
24   you know, sixth grade, that's fine.

17

1            It looked like at some point you were
2    living in Carol Stream with your father and his
3    girlfriend Jessica?
4        A.  Yes.
5        Q.  Approximately what period of time was
6    that?
7        A.  Fourth grade through, I believe, sixth
8    grade.
9        Q.  Okay.  And at some point you were living
10   in Bartlett with your mother and grandmother?
11       A.  Yes.
12       Q.  And what period of time was that?
13       A.  That has kind of been on and off.  It was
14   before fourth grade and then after seventh grade.
15       Q.  And is your mother's name Tina Amelio,
16   A-m-e-l-i-o?
17       A.  Yes.
18       Q.  And is your grandmother's name Roxanne --
19   I don't know how to pronounce it.  Last name
20   spelled M-l-e-k-u-s-h?
21       A.  Yes.
22       Q.  Do you know how to pronounce it?
23       A.  Mlekush.
24       Q.  Great.  At some point were you living in

L.A. Court Reporters, L.L.C.
312-419-9292

Tousis Aleia
October 28, 2021

---

18

1    Schaumburg with your father and Jessica?
2    A. Yes.
3    Q. And approximately when was that?
4    A. I believe that was sixth grade.
5    Q. Okay. And at some point did you move to
6    Bartlett with your father and Jessica?
7    A. Yes, I did.
8    Q. What period of time was that?
9    A. High school.
10   Q. Okay. And what about living in Streamwood
11   with your mother at some point?
12   A. Yes. That was in between with my father
13   at Bartlett and her, so within high school as well.
14   Q. Okay. So in high school were you
15   splitting time between Bartlett and Streamwood?
16   A. Yes. I was with my father more though.
17   Q. What would be the breakdown in high school
18   in terms of five days a week, two days a week,
19   three days a week, four days a week, one week on,
20   one week off? How did it work?
21   A. I would like to say like five days a week
22   with my father and then two with my mom.
23   Q. That was in the high school years?
24   A. Yes.

---

19

1    Q. What about in the junior high year or
2    middle school years? What was the situation in
3    terms of where you were living?
4    A. That depended as well. I think I was with
5    my mom more and then my dad less at that time.
6    Q. So mom more than dad in middle school, dad
7    more than mom in high school?
8    A. Yes.
9    Q. And what about before middle school?
10   A. Before middle school, I don't recall how
11   often I was with each.
12   Q. I guess I'm assuming your parents split up
13   at some point in your life; is that right?
14   A. Yes.
15   Q. Do you know how old you were when they
16   split up?
17   A. I was in third grade.
18   Q. Third grade.
19      So it's really just part of third grade
20   and fourth and fifth where we're not totally sure
21   what the time breakdown was between living with mom
22   and dad?
23   A. Yes.
24   Q. At some point I saw you were living in

---

20

1    Elgin with a roommate; is that right?
2    A. Yes.
3    Q. Is that after high school?
4    A. Yes. That was in 2018 right after my
5    father passed.
6    Q. And where were you living between
7    graduating from high school and moving in with the
8    roommate? Was that still splitting time between
9    Streamwood and Hanover Park?
10   A. I was in Hanover Park at that time with my
11   father.
12   Q. Was your roommate a friend of yours or
13   someone you found for the purpose of living with a
14   roommate?
15   A. A friend.
16   Q. And at some point did you move out of the
17   Elgin place and move back in with your mother?
18   A. Yes.
19   Q. And what approximately when was that?
20   A. Last year in April.
21   Q. April 2020?
22   A. Yes.
23   Q. And I think you said you just moved out of
24   your mom's place to your new place, but was that

---

21

1    just October 2021 or --
2    A. August.
3    Q. August 2021.
4      I really apologize for asking. Do you
5    know whether your father had a criminal record of
6    any kind?
7    A. I do know that he had a criminal record,
8    yes.
9    Q. What do you know about that?
10   A. I knew it was just some drug offenses.
11   Q. Do you have any memory of even
12   approximately when the offenses were?
13   A. No, I do not.
14   Q. Like '90s, 2000s, more recently? Do you
15   have any idea?
16   A. No.
17   Q. Was it your understanding as of, let's
18   say, early 2018 that he had had some drug offenses
19   in the past, but you didn't really know the
20   details?
21   A. Yes.
22   Q. Okay. Why did you decide to file this
23   will lawsuit?
24   A. I wanted justice for my father.

---

6 (Pages 18 to 21)

Tousis Aleia
October 28, 2021

22

1    Q.  Can you say more about in which you expect
2  the lawsuit to achieve justice for your father?
3    A.  When would I like it to achieve justice
4  for my father?
5    Q.  It sounds like you said the purpose is to
6  achieve justice, so I'm just asking in what way do
7  you expect it to or hope it will.
8    A.  Just to prove that he was unjustifiably
9  shot and killed.
10    Q.  Is it your belief that he was
11  unjustifiably shot?
12    A.  Yes.
13    Q.  What is the basis for that belief?
14    A.  I don't believe that he was trying to hurt
15  a DEA officer.
16    Q.  And why do you say you don't believe he
17  was trying to hurt a DEA officer?
18    A.  Because my father has never shown any
19  signs of violence towards me or any other person,
20  so I don't believe that he would do that to another
21  person.
22    Q.  So it sounds like -- I think I'm hearing
23  you to say that the reason you think the shooting
24  was unjustified was because your father never

23

1  showed signs of violence toward others, and so
2  therefore he wouldn't have done so in the instance
3  on June 2, 2018?
4    A.  Yes.
5    Q.  Is there anything besides that that forms
6  the basis for your belief that the shooting was
7  unjustified?
8    A.  No.
9    Q.  So I guess I should ask an obvious
10  question.
11       You were not present during the incident
12  on June 2, 2018; is that right?
13    A.  No.  Or yes, yes, that's right.  I was
14  not.
15    Q.  I assume you have some knowledge of what
16  happened on that date as we all do, and I want to
17  ask what the source of the knowledge is.  And I
18  want to make sure I don't -- I don't want you to
19  tell me things that you've learned from your
20  lawyer.  I guess more accurately, I don't want you
21  to tell me about any conversations that you've had
22  with your lawyers.  Let's just make sure that's
23  clear.
24       So with that stipulation, I guess, let's

24

1  start.  Without telling me the source of any
2  information, can you tell me what your
3  understanding is of what happened on that day?
4    A.  Yes.  So I believe that he was in a
5  high-speed car chase with the DEA.  He got off on
6  Central Road in Chicago and I guess made a U-turn
7  and said that he hit a DEA officer, and then they
8  shot him.
9    Q.  And where -- and then now I will ask, what
10  is the source of those -- the sequence of events
11  that you described, what is the source of your
12  understanding about what happened?
13    A.  Basically just online, the newsletters and
14  stuff.
15    Q.  There was some coverage in like the
16  Chicago Tribune maybe --
17    A.  Yes.
18    Q.  -- that --
19    A.  Yes.
20    Q.  When you say newsletters, is that what
21  you're talking about?
22    A.  Yes.
23    Q.  It might have been -- I don't remember
24  actually if there was any TV coverage.

25

1       Do you remember?
2    A.  No, I don't remember.
3    Q.  Was it -- so is it really anything besides
4  the newspaper story?
5    A.  No.
6    Q.  I'm sorry.  I didn't hear you.
7    A.  No.
8    Q.  Okay.  Did you learn anything about the
9  incident from anything you read online other than
10  the newspaper story if you read that online?
11    A.  No.
12    Q.  Did you speak -- sorry, go ahead.  I
13  thought Rae had something to day.  My mistake.
14       Miss Tousis, did you speak with your
15  father on June 2, 2018?
16    A.  Yes.
17    Q.  When did you speak with him?
18    A.  Before he left that day.
19    Q.  Do you know what time he left?
20    A.  I believe around 6:30 maybe.
21    Q.  And forgive me.  Was this in Hanover Park
22  then?
23    A.  Yes.
24    Q.  What did you talk about before he left?

L.A. Court Reporters, L.L.C.
312-419-9292

Tousis Aleia
October 28, 2021

26

1    A.  All he said was have a good day at work.
2    Q.  Have you spoke -- do you have an uncle
3  named George?
4    A.  Yes.
5    Q.  Are you in touch with him?
6    A.  Yes.
7    Q.  Have you spoken to him about his
8  understanding of what happened on June 2, 2018?
9    A.  Not really, no.
10   Q.  I guess this question might be too
11 obvious, but, I mean, obviously you haven't spoke
12 with any of the law enforcement officers that were
13 involved?
14   A.  No.
15   Q.  You have not?
16   A.  I have not.
17   Q.  Have you looked at any of the police
18 reports or anything from the incident?
19   A.  I have, yes.
20   Q.  Does some of your understanding of what
21 happened come from those reports?
22   A.  Not really because a lot was blacked out.
23   Q.  Do you know a person named Vernon Turner?
24   A.  No.

27

1    Q.  Do you know of anyone who has knowledge
2  about what happened during the incident that led to
3  this lawsuit other than someone who was on the
4  scene at the time?
5    A.  No.
6    Q.  Did you yourself handle the funeral or
7  burial arrangements for your father?
8    A.  Yes.  I helped pick out, you know, his
9  casket and where it was going to be.
10   Q.  Do you remember what the cost was for any
11 of the services or anything?
12   A.  I do not.
13   Q.  Did you handle any of that stuff or did
14 somebody else in the family take care of it?
15   A.  Somebody else did.
16   Q.  Who was that person?
17   A.  That was my father's stepfather.
18   Q.  What's his name?
19   A.  Pete Hronopolous.
20   Q.  Can you spell the last name?
21   A.  H-r-o-n-o-p-o-l-o-u-s.
22   Q.  Do you know if Pete paid for the funeral
23 arrangements or the burial?
24   A.  He did, yes.

28

1    Q.  This is a big question.  You can answer
2  however you like, but how has your father's death
3  affected you in your life?
4    A.  It's affected me tremendously.
5  Everything -- every day I don't have him.  I was
6  very young.  You know, I was 18 when he passed.
7  It's a big milestone for me.  I won't have him at
8  my wedding.  I won't have him when I have children.
9  I don't have him to talk to every day.
10   Q.  Did you and your father have a close
11 relationship?
12   A.  Yes, we did.
13   Q.  You were living together at the time of
14 his passing.  How frequently did you talk?
15   A.  Every single day.
16   Q.  How much time per day would you guess that
17 you spent together?
18   A.  I would say a couple hours a day every
19 day.
20   Q.  What kind of activities did you do
21 together?
22   A.  We would -- we would go to eat.  He would
23 just talk to me in the living room.  We would do a
24 lot of things.  I would go on drives with him.  He

29

1  helped me out with my car, cleaning it and
2  everything.  He's very big on that.
3    Q.  What kind of places would you go to eat?
4    A.  Restaurants.
5    Q.  For example?
6    A.  Dinner restaurants, breakfast restaurants.
7    Q.  Do you remember any specific restaurants
8  you'd go to?
9    A.  No.
10   Q.  Did you guys watch TV together in the
11 living room?
12   A.  We did, yes.
13   Q.  What kind of shows did you watch together?
14   A.  He really liked the Sopranos.  He really
15 liked King of Thrones.  He really liked sports.  So
16 I would watch that with him.  He would watch, you
17 know, certain reality TV shows with me, and he
18 would tolerate it.
19   Q.  What was your favorite reality show to
20 watch with him?
21   A.  I would say Jersey Shore.
22   Q.  I never got into that one, but I know some
23 of the references.
24       Was your father still with Jessica when he

8 (Pages 26 to 29)

Tousis Aleia
October 28, 2021

**30**

1  died?
2      A.  Yes.
3      Q.  Do you know how his death affected her?
4      A.  No.
5      Q.  Are you still in touch with her?
6      A.  No.
7      Q.  Do you know how his passing affected your
8  mother, if it did?
9      A.  It affected her tremendously as well.  Now
10  she's a single patient.  She has to take care of me
11  all alone.
12      Q.  Are you still in touch with anyone on your
13  father's side of the family?
14      A.  I am.
15      Q.  And who are those people?
16      A.  I am in touch with my grandmother, his
17  mother.  I am in touch with his aunt and his uncle,
18  cousins.
19      Q.  How has his death affected your
20  grandmother, his mother?
21      A.  It has affected her a lot as well.
22      Q.  How have you seen that?
23      A.  I talk to her almost every week, and she
24  cries all the time.

**31**

1      Q.  In the wake of your father's passing, I
2  think we established that you moved out of the
3  Bartlett home into the Elgin place with your
4  roommate.  Do I have that right?
5      A.  I moved out of the Hanover Park home into
6  the place with my roommate in Elgin, yes.
7      Q.  Forgive me.  How quickly did that happen?
8      A.  My father passed in June of 2018.  I moved
9  in September of 2018.
10      Q.  Did you remain living with Jessica for the
11  summer?
12      A.  Yes.
13      Q.  Have you sought or received any mental
14  health treatment or therapy or anything like that
15  in the wake of your passing?
16      A.  I have, therapy, yes.
17      Q.  When did you start going to therapy?
18      A.  I believe I started in September of 2018.
19      Q.  Have you been seeing a particular
20  therapist since then?
21      A.  No.
22      Q.  I guess I should ask, starting in
23  September 2018, how long did you go to therapy?
24      A.  I'm not sure the exact time, but I think a

**32**

1  couple of months.
2      Q.  Are you still doing any therapy or was it
3  just a couple months after September 2018?
4      A.  It was just a couple of months after.
5      Q.  Do you remember the name of the therapist?
6      A.  No, I do not.
7      Q.  Do you remember where the office was?
8      A.  I believe it was in West Dundee.
9      Q.  Was there any reason that you stopped?
10      A.  No.
11      Q.  Before your -- excuse me.
12          Before your father passed, was he
13  providing you with financial support?
14      A.  Yes.
15      Q.  And what type of financial support was he
16  providing you?
17      A.  A house over my head, food, clothes,
18  everything.
19      Q.  Was he renting a place at the time, do you
20  know?
21      A.  Yes, yep.
22      Q.  I'm gonna guess that you didn't study the
23  apartment lease or the grocery bill very closely,
24  but did he provide you like cash to go shopping or

**33**

1  anything like that?
2      A.  Yes.
3      Q.  How much would he give you?
4      A.  I'm not sure, probably maybe like a couple
5  hundred a week.
6      Q.  So you had something in the order of a
7  couple hundred dollars a week from him to use as
8  you saw fit?
9      A.  Yes.
10      Q.  Okay.  Did you -- did your father leave a
11  will, to your knowledge?
12      A.  No.
13      Q.  Did you inherit anything from him?
14      A.  No.
15      Q.  When he was not working after the 2017
16  illness, do you know what the source of the money
17  he would give you each week was?
18      A.  Yes.
19      Q.  And what was it?
20      A.  Drugs.
21      Q.  Oh, okay.  Do you know -- was he selling
22  drugs?
23      A.  What kind of drugs he was selling?
24      Q.  I meant to ask, do you know if he was

L.A. Court Reporters, L.L.C.
312-419-9292

Tousis Aleia
October 28, 2021

34

```
1  selling drugs.
2     A.  Yes.
3     Q.  Do you know what kind?
4     A.  Cocaine.
5     Q.  Do you know how much he earned?
6     A.  No.
7     Q.  Enough to give you spending money, but
8  beyond that you don't know more about?
9     A.  Yes, beyond that I don't know.
10    Q.  Do you know when he started doing that?
11    A.  No.
12    Q.  Who would you say your father was closest
13 to in the final year of his life?
14    A.  Me.
15    Q.  Assuming you're at the top, anyone else on
16 the next tier down?
17    A.  Probably Jessica and my mom.
18    Q.  Did he and your mom have a cordial
19 relationship?
20    A.  Yes.
21    Q.  I apologize for probing this, but since
22 you mentioned it, I feel like I should ask.
23        As far as your father selling drugs goes,
24 do you know the names of anyone that he was doing
```

35

```
1  that with?
2     A.  No, I do not recall.
3     Q.  Do you know whether he used drugs himself?
4     A.  I do not, no.
5     Q.  Do you know anything about his
6  relationship with alcohol?
7     A.  He never drank.
8     Q.  I mentioned earlier that I don't want to
9  hear anything about the substance of any
10 communications that you had with your lawyer, in
11 this case I guess really any lawyer; but at some
12 point in the wake of your father's death, did you
13 reach out to a lawyer?
14    A.  Yes.
15    Q.  And why did you do that?
16    A.  After my father's death?
17    Q.  Yes.
18    A.  To get justice for my father.
19    Q.  Did you speak with any lawyers besides
20 Mr. Kulis or anyone at his firm?
21    A.  No.
22    Q.  To your understanding, who are you suing
23 in this case?
24    A.  The DEA, I believe.
```

36

```
1     Q.  Did you say the DEA?
2     A.  Yes.
3     Q.  So the defendant in the case is actually a
4  DEA officer as opposed to the DEA.
5     A.  Okay.
6     Q.  Did you know that before just now?
7     A.  No.
8     Q.  Did you ever make a decision to sue the
9  individual officer as opposed to the government?
10    A.  Yes.  I just don't know who the officer
11 is.
12    Q.  Okay.  I thought you just said you didn't
13 know that the defendant was the officer.
14    A.  Oh, I just thought that it was going to
15 the DEA because I didn't know who the officer was,
16 and I still don't know who the officer is.
17    Q.  I understand.  I understand.
18        Understanding that you don't know who the
19 officer is, do you understand that the person
20 you're suing in the case is the officer and not the
21 government?
22    A.  Yes, now I do.
23    Q.  And did you make a decision at some point
24 that you were gonna be suing the officer as opposed
```

37

```
1  to the government?
2     A.  Yes.
3     Q.  As you sit here today are you aware that
4  an individual officer might be protected from suit
5  by some defenses that wouldn't apply to the
6  government?
7     A.  Can you rephrase that, please?
8     Q.  Yeah.
9        As you sit here today are you aware that
10 an individual officer when he gets sued might be
11 protected by certain defenses that wouldn't be
12 available to the government when it gets sued?
13    A.  I'm not sure.
14    Q.  Do you know if you've ever been aware of
15 that?
16    A.  No.
17 MR. HARTZLER:  Let's go off the record for one
18 second.
19    MR. CAPORALE:  You want to take a break?  We'll
20 take five.
21    MR. HARTZLER:  Five is fine.
22    MR. CAPORALE:  Let's come back at 3:15.  We'll
23 go off the record.
24
```

L.A. Court Reporters, L.L.C.
312-419-9292

Tousis Aleia
October 28, 2021

---

38

1          (WHEREUPON, a short recess was
2          taken.)
3      MR. HARTZLER: Back on the record.
4  BY MR. HARTZLER:
5      Q. Miss Tousis, we just took a six-minute
6  break. Is there anything you said during this
7  deposition that you want to revisit having had
8  second thoughts about it?
9      A. No.
10     Q. The one more thing I want to talk about
11 with you is the testimony you gave earlier about
12 your father not showing signs of violence toward
13 anyone. I wonder if you could just expand on that
14 in terms of what you observed in his life that
15 leads you to say that.
16     A. I just have never seen him yell, hit
17 anybody.
18     Q. Have you seen him have a disagreement with
19 someone?
20     A. Yes.
21     Q. And how was it handled?
22     A. Just talking.
23     Q. Do you know whether he owned a firearm?
24     A. No.

---

39

1      Q. Do you know whether he ever had a firearm
2  in his possession in 2018?
3      A. I don't know.
4      MR. HARTZLER: I don't have any further
5  questions.
6      MR. CAPORALE: Okay. Thank you, Alex. Thank
7  you, Alli. I do have just a few basic questions,
8  and then we should be good to go out of here.
9          EXAMINATION
10 BY MR. CAPORALE:
11     Q. Alli, can you just describe your
12 relationship with your father? Go ahead. Did
13 you -- what was your opinion of your father? Can
14 you describe your relationship with your father?
15     A. Yeah. My relationship, we were very, very
16 close. We would go out together, go out to
17 restaurants. We would talk all the time. We laugh
18 together, cry together. He was my hero, my
19 everything, and -- yeah.
20     Q. Did you look up to him?
21     A. I did, yes.
22     Q. You saw him as a role model of sorts?
23     A. I did.
24     Q. Can you describe some good qualities he

---

40

1  had?
2      A. Yes. He was kind. He was funny. He was
3  truthful.
4      Q. Thank you.
5      What was your father's reputation amongst
6  your family, both his family, your mother's family,
7  you know, the overarching, the connecting family?
8      A. Yeah. Everybody has always loved my
9  father. They've always looked up to him. They
10 have always gone to him for advice. He was truly
11 an amazing man, and it hurts that we lost him.
12     Q. And could the same be said about his
13 reputation amongst friends?
14     A. Yes.
15     Q. Did he have a big friend group?
16     A. He did, yes.
17     MR. CAPORALE: Those are all the questions I
18 have. Alex, if you have any redirect.
19     MR. HARTZLER: No. Thank you for your time
20 today, Miss Tousis.
21     THE WITNESS: Thank you.
22     MR. CAPORALE: Thank you.
23         Alli, I'm going to explain one thing to
24 you. Because we did record this deposition and we

---

41

1  have our court reporter here as well, she recorded,
2  you know, typewriting essentially everything that
3  was written down, everything that was said in a
4  transcript form.
5          Now, you have the option to either reserve
6  signature which means that you can go back and look
7  at the transcript and the record. You cannot
8  change any of your answers, but you can change the
9  spelling or grammatical mistake or anything. If
10 you choose to waive signature rather than reserve
11 signature, that means that you trust that the court
12 reporter got everything down correctly.
13         I would suggest that you waive signature
14 because I do think that this court reporter did a
15 great job here today, and I don't think there's,
16 you know, any grammatical issues. Like I said, you
17 can't go back and change any of your answers. But
18 the decision is with you whether you want to
19 reserve signature, which means that you can review
20 the transcript prior to approval, or you can waive
21 signature, which means, you know, you trust the
22 court reporter here to have gotten down everything.
23 It's your choice.
24     THE WITNESS: We can waive signature.

---

11 (Pages 38 to 41)

Tousis Aleia
October 28, 2021

42

1      MR. CAPORALE:  Okay.  Then we're gonna waive
2  signature, Miss Court Reporter.
3           FURTHER DEPONENT SAITH NAUGHT.
4           (WHEREUPON, the deposition
5           concluded at 3:30 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

43

1  STATE OF ILLINOIS  )
2                     ) SS:
3  COUNTY OF C O O K  )
4      I, RAELENE STAMM, Certified Shorthand
5  Reporter, licensed by the State of Illinois, do
6  hereby certify that heretofore, to-wit, on the
7  28th day of October, 2021, appeared before me via
8  Zoom Video Conference, ALEIA TOUSIS, a witness in a
9  certain cause now pending and undetermined in the
10  United States District Court, Northern District of
11  Illinois, Eastern Division, wherein ALEIA TOUSIS,
12  as Special Administrator of the Estate of GUS
13  TOUSIS, is the Plaintiff and SPECIAL AGENT KEITH
14  BILLIOT is the Defendant.
15      I further certify that the said
16  ALEIA TOUSIS was by me first duly sworn to testify
17  the truth, the whole truth, and nothing but the
18  truth in the cause aforesaid; that the testimony
19  then given by said witness was reported
20  stenographically by me in the presence of said
21  witness and afterwards reduced to typewriting by
22  Computer-Aided Transcription, and the foregoing is
23  a true and correct transcript of the testimony so
24  given by said witness as aforesaid.

44

1      I further certify that the signature to
2  the foregoing deposition was waived by counsel for
3  the respective parties.
4      I further certify that the taking of this
5  deposition was pursuant to Notice and that there
6  were present at the deposition the attorneys
7  hereinbefore mentioned.
8      I further certify that I am not counsel
9  for nor in any way related to the parties to this
10  suit, nor am I in any way interested in the outcome
11  thereof.
12      IN TESTIMONY WHEREOF:  I have hereunto set
13  my hand this 26th day of November, 2021.
14
15
16
17  _____
18      CERTIFIED SHORTHAND REPORTER
19
20
21
22
23
24

12 (Pages 42 to 44)

Tousis Aleia
October 28, 2021

Page 45

**A**

A-l-e-i-a 5:8
A-m-e-l-i-o 17:16
able 16:13
Academy 9:14
  12:6,7
accurately 23:20
achieve 22:2,3,6
acknowledge 4:5
activities 28:20
administered 4:7
Administrator 1:6
  43:12
advice 40:10
aforesaid 43:18
  43:24
afternoon 5:10
  6:17
age 9:1
AGENT 1:10
  43:13
agreed 4:17
agreement 4:12
ahead 25:12 39:12
alcohol 8:16 35:6
Aleia 1:5,14 3:3
  5:1,8 43:8,11,16
Alex 2:14 4:16 5:9
  39:6 40:18
alex.hartzler@u...
  2:19
Alli 39:7,11 40:23
amazing 40:11
Amelio 17:15
answer 5:23 6:21
  7:1,8,11 8:17
  28:1
answering 7:1
answers 41:8,17
anybody 38:17
apartment 32:23
apologize 14:5
  21:4 34:21
APPEARANCES

**B**

B 3:11
back 20:17 37:22
  38:3 41:6,17
Bartlett 7:15 9:7
  17:10 18:6,13,15
  31:3
basic 39:7
Basically 24:13
basis 22:13 23:6
behalf 2:11,20
belief 22:10,13
  23:6
believe 12:3 13:9
  13:24 14:8 15:4

2:1
appeared 43:7
apply 37:5
approval 41:20
approximately
  12:1 17:5 18:3
  20:19 21:12
April 20:20,21
arrangement 4:9
arrangements
  27:7,23
asked 6:20
asking 7:10 21:4
  22:6
ASSISTANT 2:13
ASSOCIATES
  2:3
assume 23:15
assuming 19:12
  34:15
ATTORNEY
  2:13
attorneys 4:4 44:6
audio 7:3
August 21:2,3
aunt 30:17
available 37:12
aware 37:3,9,14

**C**

C 1:9 43:3
C-e-r-t-a-p-r-o
  15:7
cafe 9:24
called 1:14 5:2
  11:19
Caporale 2:4 4:14
  4:14 37:19,22
  39:6,10 40:17,22
  42:1
car 24:5 29:1
care 27:14 30:10
careful 5:21
Carol 17:2
case 6:9,12 8:20
  35:11,23 36:3,20
cash 32:24
casket 27:9
cause 7:5 8:8 43:9

15:13 17:7 18:4
  22:14,16,20 24:4
  25:20 31:18
  32:8 35:24
best 16:21
beyond 34:8,9
big 28:1,7 29:2
  40:15
bill 32:23
BILLIOT 1:10
  43:14
bit 10:4
blacked 26:22
Bloomingdale
  9:16
born 8:23 13:5
break 6:18,22
  37:19 38:6
breakdown 18:17
  19:21
breakfast 29:6
burial 27:7,23
business 15:13

43:18
Central 24:6
certain 29:17
  37:11 43:9
Certapro 15:4,6
  15:12,16
certificate 9:8,18
Certified 1:18
  43:4 44:18
certify 43:6,15
  44:1,4,8
change 41:8,8,17
Charhouse 10:2
  10:21
Charmont 7:21
chase 24:5
Chicago 2:8,17
  11:23 24:6,16
children 13:1 28:8
choice 41:23
choose 41:10
Civil 1:15
classes 11:1
cleaning 29:1
clear 23:23
close 28:10 39:16
closely 32:23
closest 34:12
clothes 32:17
Cocaine 34:4
coma 14:1,4,13
come 26:21 37:22
comes 7:24
communicating
  8:10
communications
  35:10
Company 10:4
Computer-Aided
  43:22
concluded 42:5
conditions 13:15
conference 4:3
  43:8

connecting 40:7
consent 4:8,15
conversations
  23:21
cordial 34:18
correct 4:15 43:23
correctly 41:12
cosmetology 9:9
  9:18
cost 27:10
counsel 4:8,11
  44:2,8
COUNTY 43:3
couple 13:18
  28:18 32:1,3,4
  33:4,7
court 1:1 4:1 5:24
  7:6 41:1,11,14
  41:22 42:2
  43:10
courtroom 5:14
  5:18
Courts 1:16
cousins 30:18
coverage 24:15,24
cries 30:24
criminal 21:5,7
cry 39:18
CSR 1:23
current 9:1
currently 7:13
  8:15

**D**

D 3:1
dad 19:5,6,6,22
date 14:1 23:16
daughter 13:3
day 1:19 24:3
  25:13,18 26:1
  28:5,9,15,16,18
  28:19 43:7
  44:13
days 10:16 18:18

Tousis Aleia
October 28, 2021

18:18,19,19,21
**DEA** 22:15,17
24:5,7 35:24
36:1,4,4,15
**Dearborn** 2:16
**death** 28:2 30:3
30:19 35:12,16
**decide** 21:22
**decision** 36:8,23
41:18
**defendant** 1:11
2:20 4:16 36:3
36:13 43:14
**defenses** 37:5,11
**delay** 7:4
**depended** 19:4
**depends** 10:12
**DEPONENT** 42:3
**deposition** 1:13
4:2,5,6 5:10,11
5:13 6:4 8:1,11
38:7 40:24 42:4
44:2,5,6
**depositions** 1:17
5:22 6:8 8:5
**describe** 39:11,14
39:24
**described** 24:11
**details** 21:20
**diabetes** 13:16,18
13:22 14:7
**diagnosed** 13:21
**died** 30:1
**difference** 5:16
**different** 13:18
**difficult** 8:17
**Dinner** 29:6
**disagreement**
38:18
**District** 1:1,2,16
43:10,10
**Division** 1:3 43:11
**doing** 8:1,3,4,7
11:1 15:2,14,15

15:19 32:2
34:10,24
**dollars** 33:7
**domestic** 12:15
**drank** 35:7
**drives** 28:24
**drug** 8:16 21:10
21:18
**drugs** 33:20,22,23
34:1,23 35:3
**duly** 4:19 5:2
43:16
**Dundee** 32:8

_____
**E**
_____
**E** 2:3 3:1,11
**earlier** 35:8 38:11
**early** 21:18
**earned** 15:24 34:5
**Eastern** 1:3 43:11
**eat** 28:22 29:3
**educational** 9:17
**effort** 7:7
**either** 41:5
**Elgin** 10:2 13:11
20:1,17 31:3,6
**emailing** 8:12
**ended** 12:8
**enforcement**
26:12
**essentially** 41:2
**established** 31:3
**Estate** 1:6 43:12
**events** 24:10
**Everybody** 40:8
**exact** 13:24 16:21
31:24
**examination** 1:14
3:2 5:4 39:9
**examined** 5:3
**example** 29:5
**excuse** 32:11
**exhibits** 3:14
**expand** 38:13

**expect** 6:9 22:1,7
**expected** 16:9
**expert** 13:17
**explain** 40:23
_____
**F**
_____
**fact** 6:16
**fair** 6:22 8:13
**fall** 10:14
**falls** 10:15
**familiar** 14:23
**family** 27:14
30:13 40:6,6,6,7
**far** 13:7 15:19
34:23
**father** 10:1 16:3,7
17:2 18:1,6,12
18:16,22 20:5,11
21:5,24 22:2,4
22:18,24 25:15
27:7 28:10
29:24 31:8
32:12 33:10
34:12,23 35:18
38:12 39:12,13
39:14 40:9
**father's** 27:17
28:2 30:13 31:1
35:12,16 40:5
**favorite** 29:19
**feel** 34:22
**fifth** 19:20
**file** 21:22
**final** 34:13
**financial** 32:13,15
**find** 6:8,12
**fine** 16:24 37:21
**finished** 7:8,10
**firearm** 38:23
39:1
**firm** 35:20
**first** 5:2 43:16
**fit** 33:8
**five** 18:18,21

37:20,21
**follows** 5:3
**food** 32:17
**foregoing** 43:22
44:2
**forgive** 25:21 31:7
**form** 41:4
**forms** 23:5
**found** 20:13
**four** 10:16 18:19
**fourth** 17:7,14
19:20
**frequently** 28:14
**friend** 20:12,15
40:15
**friends** 40:13
**full** 7:11
**funeral** 27:6,22
**funny** 40:2
**further** 39:4 42:3
43:15 44:1,4,8
_____
**G**
_____
**George** 26:3
**girlfriend** 17:3
**give** 7:11 33:3,17
34:7
**given** 43:19,24
**Glenview** 9:24
**go** 25:12 28:22,24
29:3,8 31:23
32:24 37:17,23
39:8,12,16,16
41:6,17
**goal** 6:11
**goes** 34:23
**going** 27:9 31:17
36:14 40:23
**gonna** 6:7,15
16:13 32:22
36:24 42:1
**good** 26:1 39:8,24
**gosh** 9:13
**gotten** 41:22

**government** 36:9
36:21 37:1,6,12
**grade** 16:24 17:7
17:8,14,14 18:4
19:17,18,19
**graduate** 9:3
**graduated** 11:8
13:12
**graduating** 20:7
**graduation** 9:19
**grammatical** 41:9
41:16
**grandmother**
17:10 30:16,20
**grandmother's**
17:18
**great** 6:4 16:23
17:24 41:15
**GREGORY** 2:3
**grocery** 32:23
**group** 40:15
**guess** 19:12 23:9
23:20,24 24:6
26:10 28:16
31:22 32:22
35:11
**Gus** 1:7 13:3
43:12
**guys** 29:10
_____
**H**
_____
**H** 3:11
**H-r-o-n-o-p-o-l-...**
27:21
**half** 8:5
**hand** 44:13
**handle** 27:6,13
**handled** 38:21
**Hanover** 20:9,10
25:21 31:5
**happen** 31:7
**happened** 23:16
24:3,12 26:8,21
27:2

**happens** 5:22
**hard** 6:5 7:6
**harder** 8:7
**Hartzler** 2:14 3:4
  4:16,16 5:5
  37:17,21 38:3,4
  39:4 40:19
**head** 7:2 32:17
**health** 31:14
**hear** 25:6 35:9
**hearing** 22:22
**helped** 27:8 29:1
**hereinbefore** 44:7
**heretofore** 43:6
**hereunto** 44:12
**hero** 39:18
**high** 9:3,6,7,9,19
  11:16 13:9,10,11
  14:22 18:9,13,14
  18:17,23 19:1,7
  20:3,7
**high-speed** 24:5
**history** 9:22
**hit** 24:7 38:16
**home** 7:14,22,24
  31:3,5
**homes** 15:2
**hope** 22:7
**hopefully** 6:17
**hospital** 14:12
**hour** 1:20
**hours** 10:8,11,13
  28:18
**house** 11:14 12:23
  32:17
**Hronopolous**
  27:19
**hundred** 33:5,7
**hurt** 22:14,17
**hurts** 40:11

**I**
**idea** 21:15
**IDENTIFICAT...**

3:12
**Illinois** 1:2,19 2:8
  2:17 9:16 43:1,5
  43:11
**illness** 15:18 16:4
  16:14 33:16
**importance** 6:24
**important** 5:22
  7:5
**in-person** 11:1
**incident** 23:11
  25:9 26:18 27:2
**include** 8:12
**indicate** 4:12
**indication** 6:17
**individual** 36:9
  37:4,10
**induced** 14:1
**influence** 8:16
**information** 16:17
  24:2
**inherit** 33:13
**insofar** 5:14
**instance** 23:2
**institution** 9:12
**interested** 44:10
**involved** 8:21
  26:13
**issues** 41:16

**J**
**Jasper's** 9:24
  11:14
**Jersey** 29:21
**Jessica** 17:3 18:1
  18:6 29:24
  31:10 34:17
**Jimmy's** 10:2,20
**job** 41:15
**judge** 5:17
**June** 12:2 23:3,12
  25:15 26:8 31:8
**junior** 19:1
**justice** 21:24 22:2

22:3,6 35:18

**K**
**K** 43:3
**KEITH** 1:10
  43:13
**killed** 22:9
**kind** 5:20 17:13
  21:6 28:20 29:3
  29:13 33:23
  34:3 40:2
**King** 29:15
**knew** 21:10
**know** 6:6,19 7:24
  8:9 13:5,7,10,12
  13:14,19,21,24
  14:17,18 15:1,5
  15:19,21,24 16:9
  16:11,22,23,24
  17:19,22 19:15
  21:5,7,9,19
  25:19 26:23
  27:1,8,22 28:6
  29:17,22 30:3,7
  32:20 33:16,21
  33:24 34:3,5,8,9
  34:10,24 35:3,5
  36:6,10,13,15,16
  36:18 37:14
  38:23 39:1,3
  40:7 41:2,16,21
**knowledge** 23:15
  23:17 27:1
  33:11
**Kulis** 2:3 35:20

**L**
**LaSalle** 2:6
**laugh** 39:17
**law** 26:12
**lawsuit** 21:23 22:2
  27:3
**lawsuits** 8:21
**lawyer** 5:9 6:10
  14:2,21 16:16

23:20 35:10,11
  35:13
**lawyers** 6:6 23:22
  35:19
**leads** 38:15
**learn** 25:8
**learned** 14:6
  23:19
**lease** 32:23
**leave** 33:10
**leaving** 12:8
**led** 27:2
**left** 25:18,19,24
**let's** 9:23 21:17
  23:22,24 37:17
  37:22
**License** 1:24
**licensed** 1:18 43:5
**life** 13:15 19:13
  28:3 34:13
  38:14
**liked** 29:14,15,15
**likewise** 7:9
**listening** 5:17
**little** 8:7
**live** 12:18
**lived** 16:17
**living** 16:18 17:2
  17:9,24 18:10
  19:3,21,24 20:6
  20:13 28:13,23
  29:11 31:10
**long** 12:20 13:23
  14:9 15:5 31:23
**look** 39:20 41:6
**looked** 17:1 26:17
  40:9
**lost** 40:11
**lot** 5:22 26:22
  28:24 30:21
**loved** 40:8

**M**
**M-l-e-k-u-s-h**

17:20
**main** 5:16 6:13
**man** 40:11
**manner** 4:10
**Mapleberry** 11:14
**marathon** 6:15
**marked** 3:14
**married** 12:13
**mean** 26:11
**means** 4:2 41:6,11
  41:19,21
**meant** 5:21 11:8
  33:24
**mechanic** 14:22
**medical** 13:14,17
**memory** 16:22
  21:11
**mental** 31:13
**mentioned** 34:22
  35:8 44:7
**middle** 19:2,6,9
  19:10
**milestone** 28:7
**mistake** 25:13
  41:9
**Mlekush** 17:23
**model** 39:22
**mom** 18:22 19:5,6
  19:7,21 34:17,18
**mom's** 20:24
**Monday** 11:6
**money** 15:24
  33:16 34:7
**month** 14:12
**months** 11:12
  32:1,3,4
**mother** 17:10
  18:11 20:17
  30:8,17,20
**mother's** 17:15
  40:6
**move** 12:23 18:5
  20:16,17
**moved** 7:16 20:23

Tousis Aleia
October 28, 2021

31:2,5,8
moving 20:7

**N**

N 3:1
name 4:12 5:6,7,9
9:12 12:18
17:15,18,19
27:18,20 32:5
named 26:3,23
names 34:24
nannying 10:3
12:10
NAUGHT 42:3
need 12:17 16:21
never 22:18,24
29:22 35:7
38:16
new 12:23 20:24
newsletters 24:13
24:20
newspaper 25:4
25:10
nodding 7:2
North 2:6
Northern 1:2
43:10
Notice 44:5
November 44:13
NUMBER 3:12

**O**

O 43:3,3
oath 4:6 5:15
objections 4:9
observed 38:14
obvious 23:9
26:11
obviously 26:11
October 1:19 21:1
43:7
offenses 21:10,12
21:18
office 32:7
officer 22:15,17

24:7 36:4,9,10
36:13,15,16,19
36:20,24 37:4,10
officers 26:12
oh 7:19 9:13
15:12 33:21
36:14
okay 5:13 7:13,21
8:3,15 10:24
11:13 12:13
13:7,14 14:5,9
15:1,12,21 17:9
18:5,10,14 21:22
25:8 33:10,21
36:5,12 39:6
42:1
old 19:15
one-year 11:11
online 24:13 25:9
25:10
opinion 16:12
39:13
opposed 7:2 36:4
36:9,24
option 41:5
order 33:6
outcome 44:10
outside 8:10
overarching 40:7
owned 38:23

**P**

p.m 1:20 42:5
paid 27:22
painter 15:2
painting 15:11,13
15:15 16:1
Palatine 10:5
Pancake 11:14
parents 19:12
Park 20:9,10
25:21 31:5
part 19:19
participating 4:4

particular 31:19
parties 4:8 44:3,9
partner 12:15
passed 10:1 20:5
28:6 31:8 32:12
passing 28:14
30:7 31:1,15
patient 30:10
penalty 5:15
pending 43:9
people 30:15
period 11:4,24
17:5,12 18:8
periods 16:19
perjury 5:16
person 11:1 12:21
22:19,21 26:23
27:16 36:19
person's 12:18
perspective 8:6
pertaining 1:16
Pete 27:19,22
physically 4:5
pick 27:8
Pivot 9:13 10:22
11:2,4,9 12:6,7
place 11:19 20:17
20:24,24 31:3,6
32:19
places 16:17,20
29:3
Plaintiff 1:8 2:11
43:13
platform 8:11
please 4:11 6:19
37:7
point 6:18 8:5
9:13 10:22 11:2
11:5,9 12:6,7
15:3 16:10 17:1
17:9,24 18:5,11
19:13,24 20:16
35:12 36:23
police 26:17

possession 39:2
possible 6:7
prepare 6:6
presence 43:20
present 4:6,11
23:11 44:6
prior 15:3 41:20
probably 6:10
33:4 34:17
probing 34:21
Procedure 1:15
program 11:11
pronounce 17:19
17:22
protected 37:4,11
prove 22:8
provide 32:24
provided 14:2
16:16
providing 32:13
32:16
purpose 6:4,13
20:13 22:5
pursuant 1:14
44:5
pursued 9:8
pursuits 9:18
put 6:10

**Q**

qualities 39:24
question 6:21,21
7:9,11 23:10
26:10 28:1
questions 8:17
39:5,7 40:17
quickly 31:7

**R**

Rae 25:13
Raelene 1:17,23
43:4
range 10:14
reach 35:13
read 25:9,10

reality 29:17,19
really 6:13 10:12
12:4 16:19
19:19 21:4,19
25:3 26:9,22
29:14,14,15
35:11
reason 22:23 32:9
recall 14:24 19:10
35:2
receive 9:11
received 31:13
recess 38:1
record 4:1,13 5:7
21:5,7 37:17,23
38:3 40:24 41:7
recorded 41:1
recording 4:15
redirect 40:18
reduced 43:21
references 29:23
referring 10:22
rehab 16:1
rehabbing 15:11
15:15
rehabs 15:2
related 44:9
relationship 12:20
28:11 34:19
35:6 39:12,14,15
remain 31:10
remember 10:1
12:4 14:15
24:23 25:1,2
27:10 29:7 32:5
32:7
remotely 4:7
renting 32:19
rephrase 37:7
reported 1:23
43:19
reporter 1:18 4:1
5:24 7:6 41:1,12
41:14,22 42:2

Tousis Aleia
October 28, 2021

43:5 44:18
**reporting** 4:10
**reports** 26:18,21
**represent** 4:12
**reputation** 40:5
40:13
**reserve** 41:5,10,19
**respective** 44:3
**restaurants** 29:4,6
29:6,7 39:17
**return** 16:9,13
**review** 41:19
**revisit** 38:7
**right** 7:13,22 9:9
9:24 10:11 11:2
14:4,13 19:13
20:1,4 23:12,13
31:4
**Road** 24:6
**role** 39:22
**room** 28:23 29:11
**roommate** 20:1,8
20:12,14 31:4,6
**Roxanne** 17:18
**Rules** 1:15

———————

**S**

**S** 3:11 7:18
**SAITH** 42:3
**salon** 10:6 11:20
**Saturday** 11:7
**saw** 9:8 14:2,21
15:18 19:24
33:8 39:22
**saying** 7:2,7
**scene** 27:4
**Schaumburg** 18:1
**school** 9:4,6,7,9
9:19 10:3,21
11:16 13:8,9,10
13:11 14:22
18:9,13,14,17,23
19:2,6,7,9,10
20:3,7

**second** 37:18 38:8
**see** 8:8 9:23
**seeing** 31:19
**seen** 30:22 38:16
38:18
**selling** 33:21,23
34:1,23
**sense** 6:2,13 13:17
**September** 12:9
31:9,18,23 32:3
**sequence** 24:10
**services** 27:11
**session** 6:15
**set** 44:12
**seventh** 17:14
**shooting** 22:23
23:6
**shop** 11:23 14:22
**shopping** 32:24
**Shore** 29:21
**short** 38:1
**Shorthand** 1:18
43:4 44:18
**shot** 22:9,11 24:8
**show** 29:19
**showed** 23:1
**showing** 38:12
**shown** 22:18
**shows** 29:13,17
**siblings** 15:22
**side** 15:5,8,9,11
30:13
**signature** 41:6,10
41:11,13,19,21
41:24 42:2 44:1
**signs** 22:19 23:1
38:12
**single** 28:15 30:10
**sit** 37:3,9
**situation** 19:2
**six-minute** 38:5
**sixth** 16:24 17:7
18:4
**somebody** 27:14

27:15
**Sopranos** 29:14
**sorry** 12:2,4,8
25:6,12
**sorts** 39:22
**sought** 31:13
**sound** 6:22 8:13
14:4,23
**sounds** 10:24 22:5
22:22
**source** 23:17 24:1
24:10,11 33:16
**South** 2:16
**speak** 25:12,14,17
35:19
**Special** 1:5,10
43:12,13
**specific** 29:7
**spell** 5:7 7:17 15:6
27:20
**spelled** 17:20
**spelling** 41:9
**spending** 34:7
**spent** 28:17
**split** 19:12,16
**splitting** 18:15
20:8
**spoke** 26:2,11
**spoken** 26:7
**sports** 29:15
**SS** 43:2
**Stamm** 1:17,23
43:4
**stand** 6:10
**start** 10:17 11:9
24:1 31:17
**started** 10:19 12:6
12:11 31:18
34:10
**starting** 6:16
31:22
**state** 1:18 4:11 5:6
43:1,5
**States** 1:1,15 2:13

43:10
**stay-at-home** 16:3
16:7
**stenographically**
43:20
**stepfather** 27:17
**stipulation** 23:24
**stopped** 12:10,12
15:19 32:9
**story** 25:4,10
**Stream** 17:2
**Streamwood** 7:16
7:19 18:10,15
20:9
**Street** 2:6,16
**Studio** 10:4,6,18
**study** 32:22
**stuff** 24:14 27:13
**Styl** 10:4,6,18
12:11
**substance** 35:9
**sue** 36:8
**sued** 37:10,12
**suggest** 41:13
**suggests** 15:8
**suing** 35:22 36:20
36:24
**suit** 37:4 44:10
**Suite** 2:7
**summer** 31:11
**support** 32:13,15
**sure** 7:8,10 13:9
13:24 19:20
23:18,22 31:24
33:4 37:13
**surgery** 10:10
**Swerve** 11:20 12:5
12:8
**sworn** 4:19 5:3
43:16

———————

**T**

**T** 3:11
**T-o-u-s-i-s** 5:8

**take** 27:14 30:10
37:19,20
**taken** 1:17 4:2
5:11,15 38:2
**talk** 6:18 9:21
25:24 28:9,14,23
30:23 38:10
39:17
**talked** 6:24
**talking** 7:4 24:21
38:22
**tell** 5:15 8:7 12:17
16:22,23 23:19
23:21 24:2
**telling** 24:1
**terms** 18:18 19:3
38:14
**testified** 5:3
**testify** 6:11 43:16
**testifying** 5:13,14
**testimony** 38:11
43:18,23 44:12
**texting** 8:12
**Thank** 39:6,6 40:4
40:19,21,22
**therapist** 31:20
32:5
**therapy** 31:14,16
31:17,23 32:2
**thereof** 44:11
**thing** 6:20 15:10
38:10 40:23
**things** 23:19
28:24
**think** 5:21 19:4
20:23 22:22,23
31:2,24 41:14,15
**third** 19:17,18,19
**thought** 7:21
25:13 36:12,14
**thoughts** 38:8
**three** 18:19
**Thrones** 29:15
**tier** 34:16

———————

L.A. Court Reporters, L.L.C.
312-419-9292

Tousis Aleia
October 28, 2021

Page 50

| | | | | |
|---|---|---|---|---|
| **time** 11:4,17,24 13:23 14:6,9,16 16:19 17:5,12 18:8,15 19:5,21 20:8,10 25:19 27:4 28:13,16 30:24 31:24 32:19 39:17 40:19<br>**Tina** 17:15<br>**to-wit** 43:6<br>**today** 6:11 8:18 37:3,9 40:20 41:15<br>**tolerate** 29:18<br>**top** 34:15<br>**totally** 19:20<br>**touch** 26:5 30:5 30:12,16,17<br>**Tousis** 1:5,7,14 3:3 5:1,6,8 13:3 25:14 38:5 40:20 43:8,11,13 43:16<br>**training** 11:2<br>**transcript** 41:4,7 41:20 43:23<br>**Transcription** 43:22<br>**treatment** 31:14<br>**tremendously** 28:4 30:9<br>**trial** 6:5,6,9<br>**Tribune** 24:16<br>**trouble** 6:1<br>**true** 43:23<br>**truly** 40:10<br>**trust** 41:11,21<br>**truth** 5:15 43:17 43:17,18<br>**truthful** 40:3<br>**truthfully** 8:18<br>**try** 7:5,7,10<br>**trying** 22:14,17 | **Tuesday** 11:6<br>**Turner** 26:23<br>**TV** 24:24 29:10 29:17<br>**two** 18:18,22<br>**type** 13:19 32:15<br>**types** 13:18<br>**typewriting** 41:2 43:21<br><br>**U**<br>**U-turn** 24:6<br>**uh-huh** 5:19,20 6:1 7:2<br>**uh-uh** 6:1 7:3<br>**uncle** 26:2 30:17<br>**understand** 5:18 8:17 36:17,17,19<br>**understanding** 14:10 15:14 21:17 24:3,12 26:8,20 35:22 36:18<br>**undetermined** 43:9<br>**United** 1:1,15 2:13 43:10<br>**unjustifiably** 22:8 22:11<br>**unjustified** 22:24 23:7<br>**use** 33:7<br>**usually** 10:14,15<br><br>**V**<br>**varies** 10:10<br>**various** 6:7 16:17<br>**vcaporale@kuli...** 2:10<br>**Vernon** 26:23<br>**video** 2:5,15 4:3 8:4,5 43:8<br>**videoconference** 1:13<br>**Vince** 4:14 | **VINCENZO** 2:4<br>**violence** 22:19 23:1 38:12<br>**vs-** 1:9<br><br>**W**<br>**waive** 4:9 41:10 41:13,20,24 42:1<br>**waived** 44:2<br>**wake** 16:4,13 31:1 31:15 35:12<br>**want** 6:18 8:9 16:19 23:16,18 23:18,20 35:8 37:19 38:7,10 41:18<br>**wanted** 21:24<br>**watch** 29:10,13,16 29:16,20<br>**way** 8:21 22:6 44:9,10<br>**We'll** 37:19,22<br>**we're** 6:16 7:7 8:3 19:20 42:1<br>**we've** 8:4<br>**wedding** 28:8<br>**week** 10:13,16 18:18,18,19,19 18:19,20,21 30:23 33:5,7,17<br>**went** 13:7,10 14:3<br>**West** 32:8<br>**WHEREOF** 44:12<br>**witness** 3:2 4:18 5:2 8:7,8 40:21 41:24 43:8,19,21 43:24<br>**witnesses** 6:7<br>**wonder** 38:13<br>**work** 9:21 10:8,16 11:14,19,24 14:18 15:4,19 16:1,1,10,13 | 18:20 26:1<br>**worked** 12:2 14:22<br>**working** 9:23 10:2 10:17,19,20 11:13 12:5,11 15:2 33:15<br>**wouldn't** 23:2 37:5,11<br>**write** 7:6<br>**writing** 5:24<br>**written** 41:3<br><br>**X**<br>**X** 3:1,11<br><br>**Y**<br>**yeah** 37:8 39:15 39:19 40:8<br>**year** 8:4,23 9:3,11 12:9,22 13:5,12 14:3,16 16:22 19:1 20:20 34:13<br>**years** 12:3 13:15 14:19 16:18 18:23 19:2<br>**yell** 38:16<br>**yep** 32:21<br>**young** 28:6<br><br>**Z**<br>**Zoom** 4:3 7:3 8:5 8:10 43:8<br><br>**0**<br>**084-004445** 1:24<br><br>**1**<br>**11** 11:12<br>**18** 28:6<br>**1974** 13:6<br>**1999** 8:24<br><br>**2** | **2** 23:3,12 25:15 26:8<br>**2:30** 1:20 6:16<br>**20** 1:9 9:13 10:11 10:14,15<br>**2000s** 21:14<br>**2016** 9:22,23 13:24<br>**2017** 9:5 14:3,5,15 15:3,18 16:14 33:15<br>**2018** 20:4 21:18 23:3,12 25:15 26:8 31:8,9,18 31:23 32:3 39:2<br>**2019** 11:10 12:3<br>**2020** 9:13 11:9 12:3 20:21<br>**2021** 1:19 10:19 21:1,3 43:7 44:13<br>**2140** 2:7<br>**219** 2:16<br>**22** 9:2<br>**26th** 44:13<br>**28th** 1:19 43:7<br><br>**3**<br>**3:15** 37:22<br>**3:30** 42:5<br>**30** 2:6 10:11,14,15<br>**312** 2:9,18<br>**39** 3:5<br><br>**4**<br>**4:45** 11:7<br>**40** 10:13<br>**4945** 1:9<br><br>**5**<br>**5** 3:4<br>**580-1830** 2:9<br><br>**6**<br>**6:30** 25:20 |

Tousis Aleia
October 28, 2021

Page 51

| | | | | |
|---|---|---|---|---|
| **60602** 2:8 | | | | |
| **60604** 2:17 | | | | |
| **7** | | | | |
| **8** | | | | |
| **8:35** 11:7 | | | | |
| **886-1390** 2:18 | | | | |
| **9** | | | | |
| **90s** 21:14 | | | | |